UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BERT HOLMES,

              Plaintiff,

v.

US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,

              Defendants.

CASE NO. 3:19-cv-05717 RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: November 22, 2019.

      The District Court has referred this 42 U.S.C. § 1983 civil rights matter to the undersigned pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      In July 2019, the District Court ordered plaintiff to either pay the filing fee or file an application to proceed *in forma pauperis*. *See* Dkt. 1. In August 2019, the Clerk's Office also directed plaintiff to file a complaint and to pay the filing fee or submit an *in forma pauperis* application by August 30, 2019. *See* Dkt. 2. Plaintiff did not take action in response to either the District Court's order or the Clerk's Office's letter. *See* Dkt. The undersigned then ordered

1 | plaintiff to pay the filing fee or to file an *in forma pauperis* application and proposed complaint
2 | on or before October 11, 2019. *See* Dkt. 3. The undersigned warned plaintiff that failure to
3 | comply with the Court's order would result in the undersigned recommending dismissal of this
4 | matter without prejudice for failure to comply with a court order. *See* Dkt. 3. Plaintiff has,
5 | again, not taken action in response to the Court's Order. Therefore, the undersigned
6 | recommends that the District Court dismiss this matter without prejudice.

7 |     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
8 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
9 | 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
10 | review by the district judge (*see* 28 U.S.C. § 636(b)(1)(C)) and can result in a result in a waiver
11 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
12 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
13 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 22,**
14 | **2019,** as noted in the caption.

15 |     Dated this 4th day of November, 2019.

                                                  J. Richard Creatura
                                                  United States Magistrate Judge