# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

BERT HOLMES,

    Plaintiff,

v.

US BANKRUPTCY COURT CLERK FOR THE CITY OF TACOMA, *et al.*,

    Defendants.

CASE NO. 3:19-cv-05717 RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. This matter is **DISMISSED WITHOUT PREJUDICE**.

///

///

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(2) The Clerk shall close the case and send copies of this order to plaintiff and Judge Creatura.

Dated this 22nd day of November, 2019.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge